

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR10 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| MORRIS MILLER, | ) | |
| Defendant. | ) | |

The Defendant's motion for release on furlough is granted. He will be released from his place of incarceration to the custody of his mother beginning on April 7, 2006 at 9:00 a.m. and shall return to his place of incarceration no later than 5:00 p.m. on April 10, 2006. He will be restricted to house arrest during this entire period of time.

IT IS SO ORDERED.

Dated this 5 day of April, 2006.

BY THE COURT:

HON. JOSEPH F. BATAILLON, Chief Judge
United States District Court