FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR10 |
| v. | ) | |
| MORRIS F. MILLER, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant Morris Miller's letter received on June 27, 2011, which will be construed as a Motion to Amend Sentence, Filing No. 81. The defendant states that Bureau of Prisons' projected release date is incorrect. The court has carefully reviewed the motion and finds it should be denied. The Bureau of Prisons is charged with the responsibility for determining defendant's release date.

SO ORDERED.

DATED this 30th day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge